In the Matter of the Accounting of ROBERT J. MCARDLE, as Executor and Trustee under the Will of MICHAEL J. DADY, Deceased, Appellant. LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Substituted Trustee under the Will of MICHAEL J. DADY, Deceased, et al., Respondents.—

No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.